LATTA et al. v. NEUBERT. SAME v. COHN. SAME v. RUGG (two cases). SAME v. GARNETT. SAME v. SUMPTER et al.

(Circuit Court of Appeals, Eighth Circuit. May 6, 1895.)

Nos. 451, 457, 458, 459, 460, and 477.

Appeal from the Circuit Court of the United States for the Eastern District of Arkansas.

U. M. Rose, W. E. Hemingway, and G. B. Rose, for appellants.
John McClure, for appellees.

Before SANBORN and THAYER, Circuit Judges.

THAYER, Circuit Judge. These cases were submitted by counsel under a stipulation that they should abide the decision in Latta v. Granger (which has just been decided) 68 Fed. 69. In accordance with the stipulation, the decrees rendered by the circuit court are affirmed.